UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MN THEATERS 2006 LLC,

                        Plaintiff,                    20-cv-5860 (PKC)

    -against-                                  ORDER

GRUPO CINEMEX, S.A. DE C.V.,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        On Friday, September 25, 2020 at 11:00am, the Court will hear oral argument on plaintiff MN Theaters 2006 LLC's motion to (i) confirm the order of attachment issued by the Court on July 30, 2020, and (ii) commence delivery and seizure of certain of defendant Grupo Cinemex, S.A. de C.V.'s property and debt.  The oral argument will proceed telephonically.  The call-in information for this argument is as follows:

        Phone Number:       888-363-4749

        Access Code:        3667981

        SO ORDERED.

                                                             P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
         September 16, 2020