UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MN THEATERS 2006 LLC,

                Plaintiff,                20-cv-5860 (PKC)

     -against-                      ORDER

GRUPO CINEMEX, S.A. DE C.V.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Defendant does not oppose the extension of the levy as to "Non-exempt" property. The levy is extended as to "Non-exempt" property until January 12, 2021.

        As to the "Exempt" property, the parties are directed to update the Court on the proceedings in the Bankruptcy Court by the close of business on October 29, 2020.

        ORDERED.

                                                P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
         October 27, 2020