UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MN THEATERS 2006 LLC,

                Plaintiff,                        20-cv-5860 (PKC)

    -against-                               ORDER

GRUPO CINEMEX, S.A. DE C.V.,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        For good cause shown, the amount subject to attachment is reduced to the amount held in the DIP Escrow. Said funds shall remain in escrow rather than be delivered to the U.S. Marshal. The levy is extended 45 days from the date of this Order, without prejudice to defendant's right to move to vacate, which may be filed at any time. The Court will consider all other pending motions or applications at a teleconference scheduled for February 16, 2021 at 11:00 A.M. The call-in information for this teleconference is below.

        <u>Dial-in</u>:       (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

*(signature)*
P. Kevin Castel
United States District Judge

Dated: New York, New York
January 12, 2021