UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MN THEATERS 2006 LLC,

                Plaintiff,                20-cv-5860 (PKC)

    -against-                         ORDER

GRUPO CINEMEX, S.A. DE C.V.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Presently before the Court are plaintiff's motion for contempt and sanctions (Doc 57), defendant's motion to vacate the order of attachment (Doc 92), plaintiff's motion for attorney's fees (Doc 108), and motions from both parties for summary judgment as to the issue of default rent and prejudgment interest (Docs 103, 106). The Court will hear oral argument on the motions on June 16, 2021 at 3:00 P.M. in Courtroom 11D at 500 Pearl Street, New York, New York.

        SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 18, 2021