

**JED M. SCHWARTZ**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5283
jschwartz@milbank.com  |  milbank.com

August 26, 2021

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Application GRANTED.

SO ORDERED.
8/26/2021

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:   *MN Theaters 2006 LLC v. Grupo Cinemex, S.A. de C.V.*, No. 1:20-cv-5860 (PKC)

Dear Judge Castel:

    We represent MN Theaters 2006 LLC in the above-captioned action against Grupo Cinemex, S.A. de C.V. (the "Parties").  Pursuant to Section 5.B of Your Honor's Individual Practices, Section 6 of the Electronic Case Filing Rules & Instructions, and the Court's Order entered on August 24, 2021 (ECF No. 141), the Parties jointly submit this letter-motion for leave to redact from the public record paragraph 1 of the Parties' Settlement Agreement and Release dated August 17, 2021 (the "Agreement")—which is being re-filed in redacted form concurrently herewith—and for leave to file under seal the Agreement with an unredacted paragraph 1, which reflects the settlement payment amount.  There are no conferences currently scheduled in this action.

    We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Jed M. Schwartz*

Jed M. Schwartz

cc: All counsel of record (via ECF)